67,748-09

Mr. Reddie Houston
264 FM 3478 ROAD
HUNTSVILLE, TEXAS 77320

COURT OF CRIMINAL APPEALS
P.O. Box 12308
CAPITOL STATION
AUSTIN, TEXAS 78721

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.

Dear Abel Costa, Clerk;

My name is Mr. Reddie Houston. I am incarcerated at the ESTELLE UNIT

File these two (2) motions for me on my behalf of the Court.

Notify me that you have received my motions and that you have filed them.

Thank you for your time and convenience.

Sincerely,
Mr. Reddie Houston

Mr. Reddie Houston

CAUSE No.

REDDIE HOUSTON

VS

RAYG WHELESS
366TH DISTRICT COURT

COURT OF APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

PETITION FOR WRIT WRIT OF
MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Reddie Houston, Petitioner, by and through his pro se of record and files this his application for writ of mandamus and complaining of Ray Wheless, Judge, Respondent, would show the Court the following:

I.

On the 3 day of January, 2007, Respondent was duly qualified and acting presiding judge of 366TH CAUSE NO. 366-81823-06 DISTRICT COURT of Collin County, Texas and said date in Cause No. 366-81823-06 styled THE STATE OF TEXAS

VS. Reddie Houston entered an improper order to-wit:

• Respondent denied Defendant's Motion for his Constitutional right to PRETRIAL APPLICATION FOR RELIEF TEXAS CODE OF CRIMINAL PROCEDURE UNDER ARTICLE 11.08 and has refused to a hearing on said motions.

2 Pretrial hearing Quash Indictment to make legal determination on whether probable cause existed to warrant an arrest warrant.

3. Pretrial hearing on Motion Quash Indictment to make legal determination on whether any Constitutional violation existed in any lawful proces

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this his Motion To Quash Indictment be "GRANTED" In its entirety, and other relief that he is entitled to be "GRANTED."

Respectfully Submitted,
Reddie Houston

## CERTIFICATE OF SERVICE

I, Reddie Houston, do hereby that a true and correct copy of the foregoing Motion To QUASH Indictment, being placed in placed in the U.S. Mail Postage prepaid on the 11 day of August, 2025.

## ORDER

On this ____ day ____, 2015, came to be heard Defendant's MOTION TO QUASH INDICTMENT, and it appears to this Court that this Motion should be GRANTED or DENIED

It is therefore the ORDER of this Court that Defendant's is GRANTED relief.

_____
JUDGE PRESIDING